IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LYNN BELL,<br><br>    Plaintiff,<br>  v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security Administration<br><br>    Defendant.                           / | No. C-16-809 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO INFORM COURT WHETHER SHE CONSENTS TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

     In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b).

     On today's date, defendant consented to have a magistrate judge conduct all further proceedings in the instant action. Accordingly, plaintiff is hereby DIRECTED to advise the Court, no later than March 30, 2016, as to whether she consents to have a magistrate judge conduct all further proceedings in the instant action.[1] For plaintiff's convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.

---

[1] Normally, the Court would direct the parties to so inform the Court in their Joint Case Management Statement filed in connection with a case management conference. Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.

The parties are further advised that they may jointly request assignment to a specific magistrate judge.  Because defendant has previously filed a general consent, any such joint request must be made in a separate document filed concurrently with plaintiff's consent.

**IT IS SO ORDERED.**

Dated: March 9, 2016

MAXINE M. CHESNEY
United States District Judge