BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
HEATHER M. MOSS (DCBN 995773)
Special Assistant U.S. Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8826
    Fax: 415-744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LYNN BELL, | CIVIL NO. 3:16-cv-00809-MMC |
|     Plaintiff, | |
| vs. | STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |
| CAROLYN W. COLVIN, | |
| Acting Commissioner of Social Security, | |
|     Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 30 days, until August 28, 2016, to file a response to Plaintiff's Motion for Summary Judgement. This first extension is needed due to the size of the administrative record, and to adequately address the numerous issues and contentions raised. Additionally, the undersigned will be on previously approved leave (which includes international travel) and has a voluminous caseload (which includes active Bankruptcy cases and employment matters before the Equal Employment Opportunity Commission). Counsel for Defendant sincerely apologizes for any inconvenience this may cause.

//

Stip. & ~~Prop.~~ Order for Ext., 3:16-cv-00809-MMC 1

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: July 26, 2016 | By: */s/ William D. Namnath\** <br> WILLIAM D. NAMNATH <br> Attorney for Plaintiff <br> (*as authorized by email on July 26, 2016) |
|   | BRIAN J. STRETCH <br> United States Attorney <br> SARA WINSLOW <br> Chief, Civil Division |
| Dated: July 26, 2016 | By: */s/ Heather M. Moss* <br> HEATHER M. MOSS <br> Special Assistant United States Attorney <br> Attorneys for Defendant |

Of Counsel:

DEBORAH LEE STACHEL,
Acting Regional Chief Counsel

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 26, 2016

THE HONORABLE HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

Stip. & ~~Prop.~~ Order for Ext., 3:16-cv-00809-MMC   2