BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
HEATHER M. MOSS (DCBN 995773)
Special Assistant U.S. Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8826
    Fax: 415-744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LYNN BELL, | CIVIL NO. 3:16-cv-00809-MMC |
| Plaintiff, | |
| vs. | STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME [SECOND REQUEST] |
| CAROLYN W. COLVIN, | |
| Acting Commissioner of Social Security, | AND ORDER THEREON |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 30 days, until September 28, 2016, to file a response to Plaintiff's Motion for Summary Judgement. This second extension is needed due to the size of the administrative record, and to adequately address the numerous issues and contentions raised. Additionally, as previously indicated, the undersigned has a voluminous caseload, which includes active Bankruptcy cases and employment matters before the Equal Employment Opportunity Commission. Specifically, in additional to her administrative and legal opinion assignments, Counsel has over 30 active U.S. District Court cases in various stages of briefing. Counsel for Defendant

Stip. & Prop. Order for Ext., 3:16-cv-00809-MMC 1

sincerely apologizes for any inconvenience this may cause and has taken all steps within her power to avoid this request.

                                                    Respectfully submitted,

Dated: August 26, 2016                By: */s/ William D. Namnath*\*
                                                  WILLIAM D. NAMNATH
                                                  Attorney for Plaintiff
                                                  (\*as authorized by email on  August 26, 2016)

                                                  BRIAN J. STRETCH
                                                  United States Attorney
                                                  SARA WINSLOW
                                                  Chief, Civil Division
Dated: August 26, 2016                By: */s/ Heather M. Moss*
                                                  HEATHER M. MOSS
                                                  Special Assistant United States Attorney
                                                  Attorneys for Defendant

Of Counsel:

DEBORAH LEE STACHEL,
Regional Chief Counsel

                                                    <u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 29, 2016                        _____
                                                  THE HONORABLE HON. MAXINE M. CHESNEY
                                                  UNITED STATES DISTRICT COURT JUDGE

Stip. & Prop. Order for Ext., 3:16-cv-00809-MMC 2