1  William D. Namnath, Attorney at Law
   CSBN 235347
2  Napa, CA 94581
   P.O. Box 6678
3  Tele: (707) 812-1426
   Fax: (707) 307-7001
4  Email: william@wdsnlaw.com
   Attorney for Plaintiff, Jennifer Lynn Bell
5

6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10                                        )
   JENNIFER LYNN BELL,                    )   CIVIL NO. 3:16-cv-00809-MMC
11                                        )
        Plaintiff,                        )
12                                        )   STIPULATION AND ~~PROPOSED~~
        vs.                               )   ORDER FOR EXTENSION OF TIME
13                                        )
   CAROLYN W. COLVIN,                     )
14                                        )
                                          )
15 Acting Commissioner of Social Security,)
                                          )
16      Defendant.                        )

17

18      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

19 record, that Plaintiff shall have an extension of time of 30 days, until November 11, 2016, to file a reply

20 to Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiff's for Summary

21 Judgment. This first extension is needed due to the size of the administrative record, and to adequately

22 address the numerous issues and contentions raised. Counsel for Plaintiff sincerely apologizes for any

23 inconvenience this may cause.

24

25

26

27 //

28
   Stip. & ~~Prop.~~ Order for Ext., 3:16-cv-00809-MMC   1

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: October 12, 2016 | By: /s/ William D. Namnath<br>WILLIAM D. NAMNATH<br>Attorney for Plaintiff |
|   | BRIAN J. STRETCH<br>United States Attorney<br>SARA WINSLOW<br>Chief, Civil Division |
| Dated: October 12, 2016 | By: /s/ Geralyn Gulseth o/b/o Heather Moss*<br>HEATHER M. MOSS<br>Special Assistant United States Attorney<br>Attorneys for Defendant<br>(*as authorized by email on October 12, 2016) |

Of Counsel:

DEBORAH LEE STACHEL,
Acting Regional Chief Counsel

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 13, 2016

_____
THE HONORABLE HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

Stip. & ~~Prop.~~ Order for Ext., 3:16-cv-00809-MMC   2